PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

DOCKET NUMBER *(Tran. Court)*

05-CR-01061-001-PHX-FJM

DOCKET NUMBER *(Rec. Court)*

CR 08 00098 JW

Filed
FEB 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

E-FILING

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| MUHAMMAD ASLAM | District Of Arizona | Phoenix |
| | NAME OF SENTENCING JUDGE | |
| | Frederick J. Martone | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 03/19/2007 | TO 03/18/2010 |

OFFENSE

18 U.S.C. § 1001(a)(2), False Statements to a Government Agency, a Class D Felony offense

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF ARIZONA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF CALIFORNIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

Feb 11, 2008
Date

*[signature]*
Frederick J. Martone
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FEB 2 2 2008
Effective Date

*[signature]*
James Ware
United States District Judge

DOCUMENT NO.           CSA's INITIALS

DISTRICT COURT
CRIMINAL CASE PROCESSING