# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE, SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

Visit our website at www.azd.uscourts.gov

**RONNIE HONEY**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE, SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

March 12, 2008

FILED
MAR 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94102

re:  our number:  CR 05-1061-001-PHX-FJM
     your number: CR 08-00098 JW (ND/CA)

Dear Clerk of Court:

Enclosed are transfer documents pursuant to Federal Rules of Criminial Procedure 18:3605. Documents include:

1) Certified Copy of the docket sheet                     __X__
2) Consent to Transfer Case pursuant to 18:3605           __X__
3) Certified Copy of Indictment/charging document         __X__
4) Certified Copy of Judgment and Commitment              __X__
5) Other:                                                 _____

Please acknowledge receipt of the enclosed documents by signing and dating the attached copy of this letter and return it to the office.

Sincerely,

RICHARD H. WEARE, DCE/Clerk

By ___Sally Turner_____
        Deputy Clerk

I acknowledge receipt of the documents listed above:

By _____  Of The _____ District of _____ Dated _____

Enclosures

cc: Courtroom Deputy/U.S. Attorney/Defense Attorney/U.S. Probation/Pretrial Services/U.S. Marshal

---

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*

| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER (Tran. Court) 05-CR-01061-001-PHX-FJM |
|---|---|---|
| | LODGED ___ RECEIVED ___ COPY MAR 11 2008 CLERK U S DISTRICT COURT DISTRICT OF ARIZONA BY_____ DEPUTY | DOCKET NUMBER (Rec. Court) CR 08 00098 JW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: MUHAMMAD ASLAM | DISTRICT District Of Arizona | DIVISION Phoenix |
|---|---|---|
| | NAME OF SENTENCING JUDGE Frederick J. Martone | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 03/19/2007 · TO 03/18/2010 |

OFFENSE

18 U.S.C. § 1001(a)(2), False Statements to a Government Agency, a Class D Felony offense

PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF ARIZONA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF CALIFORNIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

Feb 11, 2008
Date

Frederick J. Martone
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FEB 2 2 2008
Effective Date

James Ware
United States District Judge

I hereby attest and certify on 3-12-08 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA
By_____ Deputy

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

United States of America

v.

**Muhammad Aslam**
Aliases: Aslam Muhammad

**AMENDED JUDGMENT IN A CRIMINAL CASE (to correct term of sentence to run concurrently rather than consecutively)**
(For Offenses Committed on or After November 1, 1987)

**No. CR 05-01061-001-PHX-FJM**

James S. Park (Retained)
Attorney for Defendant

USM#: 84691-008

**THE DEFENDANT ENTERED A PLEA OF** guilty on 11/6/2006 to Counts One and Two of the Information.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 18, U.S.C. §1001(a)(2), False Statements to a Government Agency, a Class D Felony offense, as charged in the Information; Title 18, U.S.C. §1001(a)(2), False Statements to a Government Agency, a Class D Felony offense, as charged in the Information.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is hereby placed on probation for a term of **THREE (3) YEARS** on Counts One and Two, said counts to run concurrently.

**IT IS FURTHER ORDERED** dismissing the Indictment on motion of the Government.

**CRIMINAL MONETARY PENALTIES**

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $200.00   **FINE:** $5,000.00   **RESTITUTION:** N/A

The defendant shall pay a fine of $5,000.00 in equal monthly installments of $150.00 over a period of 35 months to commence 30 days after the date of this judgment. If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, Suite 130, 401 West Washington Street, SPC 1, Phoenix, Arizona 85003-2118. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $200.00 shall be paid pursuant to Title 18, United States Code, Section 3013 for Counts One and Two of the Information.

Any unpaid balance shall become a condition of supervision and shall be paid within 90 days prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

CR 05-01061-001-PHX-FJM                                                                    Page 2 of 3
USA vs. Muhammad Aslam

## CONDITIONS OF SUPERVISION

<u>For offenses committed on or after September 13, 1994</u>: The defendant shall refrain from any unlawful use of a controlled substance. Pursuant to 18 U.S.C. §3563(a)(5) and 3583(d) the defendant shall submit to one drug test within 15 days of release from imprisonment and such other periodic drug tests thereafter, as directed from time to time by the probation officer.

The above drug testing condition is suspended.

The defendant shall not possess a firearm, ammunition or other dangerous weapon as defined in 18 U.S.C. §921.

It is the order of the Court that, pursuant to General Order 05-36, which incorporates the requirements of USSG §§5B1.3 and 5D1.2, you shall comply with the following conditions:
1) You shall not commit another federal, state, or local crime during the term of supervision.
2) You shall not leave the judicial district or other specified geographic area without the permission of the Court or probation officer.
3) You shall report to the Probation Office as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.
4) You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
5) You shall support your dependents and meet other family responsibilities.
6) You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
7) You shall notify the probation officer at least ten days prior to any change of residence or employment.
8) You shall refrain from excessive use of alcohol and are subject to being prohibited from the use of alcohol if ordered by the Court in a special condition of supervision.
9) You shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 801) or any paraphernalia related to such substances, without a prescription by a licensed medical practitioner. Possession of controlled substances will result in mandatory revocation of your term of supervision.
10) You shall not frequent places where controlled substances are illegally sold, used, distributed or administered, or other places specified by the Court.
11) You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
12) You shall permit a probation officer to visit at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
13) You shall immediately notify the probation officer (within forty-eight (48) hours if during a weekend or on a holiday) of being arrested or questioned by a law enforcement officer.
14) You shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court.
15) As directed by the probation officer, you shall notify third parties of risks that may be occasioned by your criminal record or personal history or characteristics, and shall permit the probation officer to make such notification and to confirm your compliance with such notification requirement.
16) If you have ever been convicted of a felony, you shall refrain from possessing a firearm, ammunition, destructive device, or other dangerous weapon. If you have ever been convicted of a misdemeanor involving domestic violence, you shall refrain from possession of any firearm or ammunition. Possession of a firearm will result in mandatory revocation of your term of supervision. This prohibition does not apply to misdemeanor cases that did not entail domestic violence, unless a special condition is imposed by the Court.
17) Unless suspended by the Court, you shall submit to one substance abuse test within the first

CR 05-01061-001-PHX-FJM
USA vs. Muhammad Aslam

Page 3 of 3

17) ...15 days of supervision and thereafter at least two, but no more than two periodic substance abuse tests per year of supervision, pursuant to 18 U.S.C. §§ 3563(a)(5) and 3583(d);

18) If supervision follows a term of imprisonment, you shall report in person to the Probation Office in the district to which you are released within seventy-two (72) hours of release.

19) You shall pay any monetary penalties as ordered by the Court. You will notify the probation officer of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

20) If you have ever been convicted of any qualifying federal or military offense (including any federal felony) listed under 42 U.S.C. § 14135a(d)(1) or 10 U.S.C. § 1565(d), you shall cooperate in the collection of DNA as directed by the probation officer pursuant to 42 U.S.C. § 14135a(a)(2).

The following special conditions are in addition to the conditions of supervision or supersede any related standard condition:

1. If deported, you shall not re-enter the United States without legal authorization.

2. You shall submit your person, property (including but not limited to computer, electronic devices, and storage media), residence, office, or vehicle to a search conducted by a probation officer, at a reasonable time and in a reasonable manner.

3. You shall provide the probation officer access to any requested financial information.

4. You shall take a course in ethics with an emphasis on honesty under the direction of the probation officer.

**THE COURT FINDS** that you have been sentenced in accordance with the terms of the plea agreement and that you have waived your right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver.

The Court may change the conditions of probation or supervised release or extend the term of supervision, if less than the authorized maximum, at any time during the period of probation or supervised release. The Court may issue a warrant and revoke the original or any subsequent sentence for a violation occurring during the period of probation or supervised release.

**IT IS FURTHER ORDERED** that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

Date of Imposition of Sentence: **Monday, March 19, 2007**

DATED this 19th day of March, 2007.

I hereby attest and certify on 3-12-08 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA
By: _____ Deputy

_____
Frederick J. Martone
United States District Judge

**RETURN**

I have executed this Judgment as follows:

Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____        By: _____
United States Marshal                              Deputy Marshal

CR 05-01061-001-PHX-FJM - Aslam

X FILED ___ LODGED
___ RECEIVED ___ COPY

NOV 0 6 2006

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

PAUL K. CHARLTON
United States Attorney
District of Arizona

Joseph C. Welty
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Arizona State Bar No. 012409
Telephone (602) 514-7500
E-Mail: joseph.welty@usdoj.gov

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br> Plaintiff, <br> v. <br> Muhammad Aslam, <br> Defendant. | NO. CR 05-1061-PHX-FJM <br><br> **INFORMATION** <br><br> VIO: 18 U.S.C. § 1001(a)(2) <br> (False Statements to a Government Agency) <br><br> (Counts 1 & 2) |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1

On or about May 10, 2004, in the District of Arizona, in a matter within the jurisdiction of the United States Department of Homeland Security, an agency of the United States, the defendant, MUHAMMAD ASLAM, did knowingly and willfully make a false, fraudulent, and fictitious material statement and representation; that is, Defendant falsely stated on an application for U.S. citizenship that he had filed all necessary federal tax returns since becoming a lawful permanent resident when in fact he knew he had not filed required federal tax returns.

In violation of Title 18, United States Code, Section 1001(a)(2).

### COUNT 2

On or about June 22, 2005, in the District of Arizona, in a matter within the jurisdiction of the United States Department of Homeland Security, and the Social Security Administration, agencies of the United States, the defendant, MUHAMMAD ASLAM, did

CLOSED, F&R, LOA, TRANSFER-OUT

## U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CRIMINAL DOCKET FOR CASE #: 2:05-cr-01061-FJM-1

Case title: USA v. Aslam

Date Filed: 10/12/2005
Date Terminated: 03/20/2007

Assigned to: Judge Frederick J Martone

**Defendant (1)**

**Muhammad Aslam**
*TERMINATED: 03/20/2007*
*also known as*
Aslam Muhammad
*TERMINATED: 03/20/2007*

represented by **James Sun Park**
Park Law Office PLC
111 W Monroe St
Ste 716
Phoenix, AZ 85003
602-462-5700
Fax: 602-253-7276
Email: sun@parklaw.us
*ATTORNEY TO BE NOTICED*
Designation: Retained

**Pending Counts**

18:1001(a)(2) - False Statements to a Government Agency
(1s-2s)

**Disposition**

Dft is hereby placed on probation for a term of 3 yrs on counts 1 and 2, said counts to run concurrently; S/A $200.00; dft to pay a fine of $5,000.00

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

42:408)a)(7)(A) Using a Social Security Number Assigned Based on False Identifying Information
(1-8)

18:1425(a) Attempted Procurement of Naturalization Contrary to Law
(9-11)

**Disposition**

Dismissed upon motion of the USA

Dismissed upon motion of the USA

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None                                                    **Disposition**

---

**Plaintiff**

USA

represented by **Joseph Crosby Welty**
US Attorney's Office
40 N Central Ave
Ste 1200
Phoenix, AZ 85004-4408
602-514-7500
Fax: 602-514-7438
Email: joseph.welty@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/12/2005 | 1 | INDICTMENT as to Muhammad Aslam (1) count(s) 1-8, 9-11. (LCF) (Entered: 10/13/2005) |
| 10/14/2005 | 3 | MOTION to Quash *Arrest Warrant* by USA as to Muhammad Aslam. (Welty, Joseph) (Entered: 10/14/2005) |
| 10/20/2005 | 4 | ORDER granting 3 Motion to Quash warrant as to Muhammad Aslam (1). Signed by Judge David K Duncan on 10/19/05. (DNH, ) (Entered: 10/20/2005) |
| 11/01/2005 | 7 | Summons Returned Executed on 10/26/05. as to dft Muhammad Aslam (KMG) (Entered: 11/04/2005) |
| 11/02/2005 | 6 | NOTICE OF ATTORNEY APPEARANCE: James Sun Park appearing for Muhammad Aslam (Park, James) (Entered: 11/02/2005) |
| 11/02/2005 | 8 | Minute Entry for proceedings held before Magistrate Judge Virginia A Mathis :Arraignment as to Muhammad Aslam (1) to Counts 1-8,9-11 held on 11/2/2005, Detention Hearing as to Muhammad Aslam submitted on 11/2/2005, dft released O/R with conditions. Defendant granted leave to revisit the issue re: conditions of release at a later date. Initial Appearance as to Muhammad Aslam held on 11/2/2005. Motions due by 11/17/2005. Jury Trial set for 1/3/2006 09:00 AM before Judge Frederick J Martone. (Recorded on CourtSmart.) (SMA) (Entered: 11/07/2005) |
| 11/07/2005 | 9 | ORDER Setting Conditions of Release as to Muhammad Aslam (1). Defendant released O/R. Signed by Magistrate Judge Virginia A. Mathis on 11/2/05. (SMA) (Entered: 11/07/2005) |
| 11/08/2005 | 10 | NOTICE OF DELIVERANCE OF PASSPORT #KA495843 to Clerk of Court at Phoenix, AZ by Muhammad Aslam re 9 Order Setting Conditions of Release |

| | | |
|---|---|---|
| | | this date. (DNH, ) (Entered: 11/08/2005) |
| 11/18/2005 | 11 | First MOTION to Continue *Trial & Extend Time to File Pretrial Motions* by Muhammad Aslam. (Park, James) (Entered: 11/18/2005) |
| 12/02/2005 | 12 | ORDER granting 11 Motion to Continue Trial and Pretrial Motions as to Muhammad Aslam (1).; Trial is continued until 2/7/06 at 9:00 a.m.; Pretrial Motions has been extended until 1/6/06.. Signed by Judge Frederick J Martone on 12/1/05. (LCF) (Entered: 12/02/2005) |
| 01/19/2006 | 13 | Second MOTION to Continue Trial *and Extend Time for Filing Pretrial Motions* by Muhammad Aslam. (Park, James) (Entered: 01/19/2006) |
| 01/20/2006 | 14 | ORDER granting 13 Motion to Continue Trial as to Muhammad Aslam (1); trial reset to 4/4/06 at 9:00 a.m. in Phoenix, AZ; pretrial motions reset to 3/3/06; excludable delay interest of justice. Signed by Judge Frederick J Martone on 1/19/2006. (LAD) (Entered: 01/20/2006) |
| 03/08/2006 | 15 | Third MOTION to Continue Trial *& Extend Time for Filing Pretrial Motions* by Muhammad Aslam. (Park, James) (Entered: 03/08/2006) |
| 03/15/2006 | 16 | ORDER granting 15 Motion to Continue Trial as to Muhammad Aslam (1). Trial reset for 6/6/06 at 9:00 am and pretrial motions ddl to 5/5/06. Signed by Judge Frederick J Martone on 3/14/06. (DMT, ) (Entered: 03/15/2006) |
| 05/10/2006 | 17 | Fourth MOTION to Continue Trial *& Extend Time to File Pretrial Motions* by Muhammad Aslam. (Attachments: # 1)(Park, James) (Entered: 05/10/2006) |
| 05/17/2006 | 18 | ORDER granting 17 Motion to Continue Trial as to Muhammad Aslam (1), trial re-set for 9/6/06 at 9:00. IT IS FURTHER ORDERED granting Dft's request for extension of time to file pretrial motions and that Dft shall have until 8/4/06 to file pretrial motions. Signed by Judge Frederick J Martone on 5/12/06. (LSP) (Entered: 05/17/2006) |
| 07/25/2006 | 19 | Minute Order. Set/Reset Hearings as to Muhammad Aslam. Status Conference set for 8/23/2006 at 3:00 PM in Courtroom 506, 401 West Washington Street, Phoenix, AZ 85003 before Judge Frederick J Martone. (KAR) (Entered: 07/25/2006) |
| 08/10/2006 | 20 | Fifth MOTION to Continue Trial *; Extend Time to File Pretrial Motions; and To Vacate Status Conference* by Muhammad Aslam. (Attachments: # 1)(Park, James) (Entered: 08/10/2006) |
| 08/23/2006 | 21 | Minute Entry for proceedings held before Judge Frederick J Martone:Status Conference as to Muhammad Aslam held on 8/23/2006 (Court Reporter Linda Schroeder). (KAR) (Entered: 08/24/2006) |
| 08/25/2006 | 22 | ORDER granting dft's 20 Motion to Continue Trial as to Muhammad Aslam (1). Trial is reset to 11/7/06 at 9:00 a.m. FURTHER ORDERED setting this matter for Final Pretrial Conference on 10/23/06 at 4:00 p.m. FRUTHER ORDERED granting dft's request for extention of time to file pretrial motions to 10/6/06. FURTHER ORDERED denying dft's request to vacate the status conference set 8/23/06. Signed by Judge Frederick J Martone on 8/23/06. (KMG, ) (Entered: 08/25/2006) |

| | | |
|---|---|---|
| 08/25/2006 | 23 | NOTICE of Change of Address by James Sun Park (Park, James) (Entered: 08/25/2006) |
| 10/23/2006 | 24 | Minute Entry for proceedings held before Judge Frederick J Martone:Pretrial Conference as to Muhammad Aslam held on 10/23/2006. (Court Reporter Linda Schroeder). (KAR) (Entered: 10/31/2006) |
| 11/03/2006 | 25 | Minute Order. IT IS ORDERED setting a Change of Plea Hearing as to Muhammad Aslam for 11/6/2006 at 4:00 PM in Courtroom 302, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge Lawrence O Anderson. (This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry.) (KAR) (Entered: 11/03/2006) |
| 11/06/2006 | 26 | CONSENT OF DEFENDANT Muhammad Aslam AND ORDER OF REFERRAL to Magistrate Judge Lawrence O. Anderson for entry of Plea of Guilty. Signed by Judge Frederick J Martone on 11/1/2006. (LAD, ) (Entered: 11/07/2006) |
| 11/06/2006 | 27 | WAIVER OF INDICTMENT as to Muhammad Aslam (LAD, ) (Entered: 11/07/2006) |
| 11/06/2006 | 28 | SUPERSEDING INFORMATION as to Muhammad Aslam (1) count(s) 1s-2s. (LAD, ) (Entered: 11/07/2006) |
| 11/06/2006 | 29 | Minute Entry for proceedings held before Judge Lawrence O Anderson:Change of Plea Hearing as to Muhammad Aslam held on 11/6/2006, Muhammad Aslam enters plea of guilty to the (Superseding) Information; ORDER dft remain released pending sentencing; PSI ordered. Sentencing set for 3/5/2007 02:00 PM before Judge Frederick J Martone.(Court Reporter Courtsmart). (Attachments: # 1 Lodged Plea Agreement) (LAD, ) (Entered: 11/07/2006) |
| 11/07/2006 | 30 | MAGISTRATE JUDGE'S FINDINGS & RECOMMENDATIONS UPON PLEA OF GUILTY as to Muhammad Aslam. Signed by Judge Lawrence O Anderson on 11/6/2006. (LAD, ) (Entered: 11/07/2006) |
| 02/16/2007 | 31 | First MOTION to Continue Sentencing by Muhammad Aslam. (Attachments: # 1)(Park, James) (Entered: 02/16/2007) |
| 02/22/2007 | 32 | ORDER - Upon 31 Motion to Continue Sentencing as to Muhammad Aslam (1), IT IS FURTHER ORDERED that the sentencing date in this case currently set for March 5, 2007 is continued to March 19, 2007 at 1:30 p.m. in Phoenix, Arizona. Signed by Judge Frederick J Martone on 2/20/07.(SAT) (Entered: 02/22/2007) |
| 03/07/2007 | 33 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by Muhammad Aslam (Park, James) (Entered: 03/07/2007) |
| 03/14/2007 | 34 | RESPONSE re 33 Objection to Presentence Investigation Report by USA as to Muhammad Aslam (Welty, Joseph) (Entered: 03/14/2007) |
| 03/15/2007 | 35 | SENTENCING MEMORANDUM by Muhammad Aslam (Park, James) (Entered: 03/15/2007) |
| 03/19/2007 | 36 | Minute Entry for proceedings held before Judge Frederick J Martone: |

| | | |
|---|---|---|
| | | Sentencing as to Muhammad Aslam held on 3/19/2007. The parties stipulate to amending the plea agreement and the information to reflect as to Count 2 that the offense occurred on June 22, 2004 rather than June 22, 2005. Defendant's Objections to the Presentence Report are overruled as stated on the record. Judgment to follow. (Court Reporter Linda Schroeder). (KAR) (Entered: 03/20/2007) |
| 03/19/2007 | 38 | PLEA AGREEMENT as to Muhammad Aslam (LAD, ) (Entered: 03/20/2007) |
| 03/20/2007 | 37 | JUDGMENT OF PROBATION ISSUED as to Muhammad Aslam (1), Count(s) 1-8, 9-11, Dismissed upon motion of the USA; Count(s) 1s-2s, Dft is hereby placed on probation for a term of 3 yrs on counts 1 and 2, said counts to run consecutively; S/A $200.00; dft to pay a fine of $5,000.00. Signed by Judge Frederick J Martone on 3/19/2007.(LAD, ) (Entered: 03/20/2007) |
| 03/21/2007 | 39 | AMENDED JUDGMENT (to correct term of sentence to run concurrently rather than consecutively) as to Muhammad Aslam (1), Count(s) 1-8, 9-11, Dismissed upon motion of the USA; Count(s) 1s-2s, Dft is hereby placed on probation for a term of 3 yrs on counts 1 and 2, said counts to run concurrently; S/A $200.00; dft to pay a fine of $5,000.00. Signed by Judge Frederick J Martone on 3/19/07.(SAT) (Entered: 03/21/2007) |
| 04/10/2007 | 40 | MOTION Release of Passport by Muhammad Aslam. (Attachments: # 1)(Park, James) (Entered: 04/10/2007) |
| 04/17/2007 | 41 | ORDER - Upon 40 Motion Release of Defendant's Passport as to Muhammad Aslam (1), IT IS HEREBY ORDERED that the Clerk of the Court release Muhammad Aslam's Pakistani Passport to Mr. Aslam's attorney, James Sun Park. Signed by Judge Frederick J Martone on 4/17/07.(SAT) (Entered: 04/17/2007) |
| 03/11/2008 | 42 | Probation Jurisdiction Transferred to Northern District of California as to Muhammad Aslam. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Attachments: # 1 Cover Letter from N. District of CA, # 2 Letter of Transmittal to N. District of CA) (SAT) (Entered: 03/12/2008) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 03/12/2008 14:27:18 | | |
| PACER Login: | us4935 | Client Code: |
| Description: | Docket Report | Search Criteria: 2:05-cr-01061-FJM |
| Billable Pages: | 4 | Cost: 0.32 |

I hereby attest and certify on 3-12-08 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA
By_____ Deputy
3/12/2008